ALEXANDER PELAN, Respondent, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

Submitted November 26, 1940; decided December 31, 1940.

*K. O. Mott-Smith, C. Austin White* and *Clive C. Handy* for appellant.

*Jacob Hirsch* and *Jack L. Rappaport* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS and CONWAY, JJ. Dissenting: LEWIS, J.